# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ADOPTION OF N.A.N., MINOR CHILD | : No. 240 WAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: E.N., NATURAL FATHER | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.